## Yonette Combs

| | |
|---|---|
| **From:** | Matthew P. Gizzo [MGizzo@wshblaw.com] |
| **Sent:** | Wednesday, August 29, 2018 1:22 PM |
| **To:** | Yonette Combs; James K. Landau; Robert W. Hellner |
| **Cc:** | Lawrence Fuller |
| **Subject:** | RE: The Independence Project v. Marvin Rose Enterprises, et al / Our file no.: 5196 |

Hi Yonette,

We anticipate to have the settlement agreement fully executed by the early part of next week. Thank you so much for your patience and assistance on this.

Best regards,
Matt

### Matthew P. Gizzo
Senior Associate | Wood, Smith, Henning & Berman LLP
685 3rd Avenue, 18th Floor | New York, NY 10017
MGizzo@wshblaw.com | **T** (212) 999-7134 | **M** (917) 280-4914

**CALIFORNIA • NEVADA • ARIZONA • COLORADO • WASHINGTON • OREGON • NEW JERSEY • CONNECTICUT • PENNSYLVANIA • GEORGIA • ILLINOIS • NEW YORK • FLORIDA • TEXAS**

---

**From:** Yonette Combs [mailto:yac@fullerfuller.com]
**Sent:** Wednesday, August 29, 2018 11:33 AM
**To:** Matthew P. Gizzo; James K. Landau; Robert W. Hellner
**Cc:** Lawrence Fuller
**Subject:** FW: The Independence Project v. Marvin Rose Enterprises, et al / Our file no.: 5196

Good morning Counsel!

Atty. Gizzo, I forwarded to you the attached.  Do you have a status of when the Defendant will be signing and returning same.

When you have a moment Sir, please advise.

Thank you!


Yonette A. Combs
Legal Assistant for
Lawrence A. Fuller, Esq.
John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Tel.: (305) 891-5199; Fax: (305) 893-9505
yac@fullerfuller.com

1

Exhibit "A"